FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Acting Attorney General of the United States
Jeremy J. Kelley
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA  99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KENNETH WILKE,<br><br>                              Defendant. | Case No:    4:26-CR-6025-MKD<br><br>INFORMATION<br><br>Vio: 21 U.S.C. § 843(a)(3), (d)(1)<br>Acquiring or Obtaining a<br>Controlled Substance by<br>Misrepresentation, Fraud, Forgery,<br>Deception, or Subterfuge |

The United States charges:

Beginning no later than in or about November 2023, and continuing until in or about February 2024, in the Eastern District of Washington, the Defendant, KENNETH WILKE, knowingly and intentionally obtained and acquired Fentanyl and Hydromorphone, both Schedule II controlled substances, by misrepresentation, fraud, deception, forgery, and subterfuge, *to wit*, using his position as a Registered Nurse to divert controlled substances prescribed to patients for his own use by taking for himself medication that was intended to be wasted following administration to the patients, in violation of 21 U.S.C. § 843(a)(3), (d)(1).

Dated this 5th day of June, 2026.

Todd Blanche
Acting Attorney General

Jeremy J. Kelley
Assistant United States Attorney

INFORMATION - 1