FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** United States v. Kenneth Wilke          **CASE NO.** 4:26-CR-6025-MKD-1

TOTAL # OF COUNTS: 1      ☑ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| I | 21 USC § 843(a)(3) | Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge | Not more than four (4) years imprisonment; a fine of $250,000; one (1) year supervised release; $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |